■ XEROX CORPORATION, Respondent, v BOARD OF ASSESSMENT REVIEW OF THE TOWN OF WEBSTER, Appellant. (Appeal No. 1.)—Judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Special Term, Boehm, J. (Appeal from judgment of Supreme Court, Monroe County, Boehm, J.—RPTL art 7.) Present—Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.

■ In the Matter of XEROX CORPORATION, Appellant, v MARGARET R. KUHN, as Assessor of the Town of Webster, et al., Respondents. (Appeal No. 2.)—Appeal unanimously dismissed as moot, without costs. (Appeal from order of Supreme Court, Monroe County, Boehm, J.—protective order.) Present —Dillon, P. J., Doerr, O'Donnell, Pine and Schnepp, JJ.